THE UNITED STATES LIFE INSURANCE COMPANY in the City of New York, Appellant, *v.* GEORGE W. POILLON et al., Respondents.

(Argued April 25, 1890; decided May 9, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 2, 1889,

which affirmed an order of Special Term denying an applica-
tion by plaintiff for an order for leave to sue to be granted *nunc
pro tunc* as of a date before the commencement of the action.

*Flamen B. Candler* for appellant.

*Henry H. Man* and *Wellesley W. Gage* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.